**WO**

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| RICHARD J. EMERINE, II,           )<br>                                                      )<br>              Plaintiff,                       )<br>                                                      )<br>       v.                                          )<br>                                                      )<br> UNITED STATES OF AMERICA,  )<br>                                                      )<br>              Defendant.                    )<br>_____) | Civil No. CIV-06-2191-PHX-SMM<br><br>**ORDER** |

Pending before the Court is a Motion for Extension of Time to File Responsive Pleading filed by Defendant United States of America (Doc. No. 12).  Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.3, and for cause shown,

**IT IS HEREBY ORDERED** that the time for the United States to respond to Plaintiff's Complaint be extended for sixty (60) days, to and including January 19, 2007.

DATED this 9th day of November, 2006.

_____
Stephen M. McNamee
United States District Judge