**WO**

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

|  |  |
|---|---|
| RICHARD J. EMERINE, II,          )<br>                           )<br>     Plaintiff,                  )<br>                           )<br>     v.                        )<br>                           )<br>UNITED STATES OF AMERICA,       )<br>                           )<br>     Defendant.                )<br>                           ) | Civil No. CIV-06-2191-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the United States' Unopposed Motion to Extend Time to File Responsive Pleading. (Doc. No. 15). Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.3, and for cause shown,

**IT IS HEREBY ORDERED** that the time for the United States to respond to Plaintiff's Complaint be extended to and including February 22, 2007.

DATED this 22nd day of January, 2007.

Stephen M. McNamee
United States District Judge