**WO**

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| RICHARD J. EMERINE, II,       )<br>                                                  )<br>            Plaintiff,               )<br>                                                  )<br>       v.                                   )<br>                                                  )<br>UNITED STATES OF AMERICA, )<br>                                                  )<br>            Defendant.            )<br>_____) | Civil No. CIV-06-2191-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the United States' Unopposed Motion for Relief from Requirement that an Individual with Full Settlement Authority Attend the Preliminary Pretrial Conference. (Dkt. No. 20)  Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the  United States' Unopposed Motion for Relief from Requirement that an Individual with Full Settlement Authority Attend the Preliminary Pretrial Conference. (Dkt. No. 20)

//

//

//

1  **IT IS FURTHER ORDERED** that Richard R. Ward, Chief of the Tax Division's Civil Trial Section for the Western Region and the individual with full settlement authority in this matter, shall be reasonably available by telephone during the conference.

DATED this 28th day of June, 2007.

_____
Stephen M. McNamee
United States District Judge