**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard J. Emerine, II,            ) | No. CV-06-2191-PHX-SMM |
| Plaintiff,          ) | **ORDER** |
| v.                                          ) | |
| United States of America,      ) | |
| Defendant.       ) | |

Before the Court is the parties' Stipulation and Motion to Extend Discovery Deadline (Dkt. 26). Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Motion to Extend Discovery Deadline (Dkt. 26). Plaintiff shall have until April 11, 2008 to respond to Defendant United States of America's First Set of Interrogatories to Richard J. Emerine, II, and First Set of Requests for Production of Documents Directed to Richard J. Emerine, II.

**IT IS FURTHER ORDERED** extending the discovery deadline to **April 21, 2008**.

**IT IS FURTHER ORDERED** extending the dispositive motion deadline to **June 27, 2008**.

DATED this 3rd day of March, 2008.

Stephen M. McNamee
United States District Judge