**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard J. Emerine, II, | No. CV-06-2191-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation and Motion to Extend Discovery Deadline (second request) (Dkt. 29).  Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Motion to Extend Discovery Deadline (Dkt. 29). Plaintiff shall have until **May 19, 2008** to respond to Defendant United States of America's First Set of Interrogatories to Richard J. Emerine, II, and First Set of Requests for Production of Documents Directed to Richard J. Emerine, II.

**IT IS FURTHER ORDERED** extending the discovery deadline to **May 23, 2008**.

**IT IS FURTHER ORDERED** that if Plaintiff fails to produce the requested documents, then Plaintiff will be prohibited from introducing into evidence any of the requested documents in this matter.

DATED this 22nd day of April, 2008.

Stephen M. McNamee
United States District Judge