**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard J. Emerine, II, | ) No. CV-06-2191-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| United States of America, | ) |
| Defendant. | ) |

Pending before the Court is the parties' Stipulation and Joint Motion to Extend Deadline to File Dispositive Motions and Take Deposition of Plaintiff (Dkt. 31). The Court previously granted two extensions for discovery, and one extension of the dispositive motion deadline. (See Dkts. 27, 30.) The parties' second motion to extend the discovery cutoff date stated that the parties were not requesting an extension of the dispositive motion deadline. (Dkt. 29 at 2:10.) Thus the dispositive motion deadline passed on June 27, 2008. (See Dkt. 27.)

Rather than filing dispositive motions, the parties now seek to reopen discovery to take Plaintiff's deposition, and a further extension of time in which to file dispositive motions. The parties state that this third extension is necessary because Plaintiff's deposition, originally scheduled for the discovery cutoff date of May 23, 2008, was cancelled. The reason for the cancellation was the representation made on May 21, 2008—by an assisting attorney who has not appeared in this case—that Plaintiff would be

seeking a stipulation to dismiss this action. The discovery cutoff date passed without a notice or stipulation of dismissal.

These circumstances do not constitute good cause for the requested extension. The Scheduling Order in this case stated that "last minute" or "eleventh hour" discovery would be met with disfavor. (Dkt. 25, Order dated July 31, 2007 2:25-3:5.) That Defendant waited until the last minute to depose Plaintiff makes this request even more disfavorable. However, in the interests of justice and resolution on the merits, the Court will grant the parties **two weeks** in which to depose Plaintiff, and a further **two weeks** in which to file dispositive motions. Additionally, Plaintiff having failed to respond to Defendant's First Set of Interrogatories and First Set of Requests for Production by the Court-ordered deadline of May 19, 2008, Plaintiff shall be prohibited from introducing into evidence any of the documents requested in accordance with the Order dated April 23, 2008 (Dkt. 30). Accordingly,

**IT IS HEREBY ORDERED** granting in part the parties' Stipulation and Joint Motion to Extend Deadline to File Dispositive Motions and Take Deposition of Plaintiff (Dkt. 31). Defendant shall have until **Friday, July 11, 2008** to take the deposition of Plaintiff. The parties shall have until **Friday, July 25, 2008** in which to file dispositive motions.

**IT IS FURTHER ORDERED** that having failed to produce the requested documents, Plaintiff will be prohibited from introducing into evidence any of the requested documents in this matter as contemplated by the Order dated April 23, 2008 (Dkt. 30).

DATED this 1st day of July, 2008.

Stephen M. McNamee
United States District Judge

- 2 -