**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Richard J. Emerine, II,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　　Defendant. | CIV-06-2191-PHX-SMM<br><br>**ORDER** |

　　Pursuant to the Stipulation for Dismissal filed by the parties (Dkt. 34) and good cause appearing,

　　**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice, each party to bear its own costs and attorney's fees.

　　**IT IS FURTHER ORDERED** that the Clerk shall terminate this matter.

　　DATED this 16th day of July, 2008.

_____
Stephen M. McNamee
United States District Judge